UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firefighters MICHAEL BACON, ANDREA KERNKAMP, JOE HOWARTH, BRENNAN COOKE, TIM WHEELER, TOM HARVEY, JOEL BROSE, TANNER TOWNSEND, CURTIS SMITH, ISAIAH DEAN, NICHOLAS HOLMES, MATTHEW NORTON, JHAR FULLER, STEVEN HOWIE, JEFFREY BAXTER, ARIC PISA, DUANE WILCOX, DAVID HEIZER, JAMES BILLMAN, MARLIN THORMAN, JASON WEBSTER, TIMOTHY ARCHER, COREY BARKER, SCOTT MCCANN, and CONNOR FOXWORTH,<br><br>                    Plaintiffs,<br><br>   v.<br><br>NADINE WOODWARD, the Mayor of the City of Spokane, Fire Chief BRIAN SCHAEFFER, and the CITY OF SPOKANE,<br><br>                    Defendants. | NO. 2:21-CV-0296-TOR<br><br>ORDER DIRECTING IMMEDIATE SERVICE OF PROCESS AND NOTICE |

ORDER DIRECTING IMMEDIATE SERVICE OF PROCESS AND NOTICE ~ 1

BEFORE THE COURT is Plaintiffs' Complaint and Motion for Temporary Restraining Order, ECF Nos. 1, 2, along with numerous other filings, ECF Nos. 4-12, 14-16, 19-22, and 27.  The Court has reviewed the record and files herein.  While Plaintiffs seek an immediate TRO, Plaintiffs' counsel has not filed proof of service of the summons and complaint on each of the Defendants, nor has counsel "certifie[d] in writing any efforts made to give notice and the reasons why it should not be required."  See LCivR 4(l); F.R.Civ.P. 65(b)(1)(B).  A declaration of future action is insufficient to show proper service.  See ECF No. 2 at 22 (My office will electronically transmit the foregoing, and supporting materials, once filing is complete, and dispatch a hardcopy to counsel.).

Considering the timing of the Defendants' actions and the delay in filing this case, Defendants are entitled to proper notice and an opportunity to respond.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiffs shall complete service of Process and Provide the Proper Notice according to F.R.Civ.P. 65.  Plaintiffs shall promptly file proof of proper service.

The District Court Executive is directed to enter this Order and furnish copies to Plaintiffs' counsel.

DATED October 18, 2021.



THOMAS O. RICE

ORDER DIRECTING IMMEDIATE SERVICE OF PROCESS AND NOTICE ~ 2

United States District Judge