Elizabeth R. Kennar, WSBA #25432
J. Chad Mitchell, WSBA #39689
David H. Smith, WSBA #10721
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
*bethk@summitlaw.com*
*chadm@summitlaw.com*
*davids@summitlaw.com*

The Honorable Thomas O. Rice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firefighters MICHAEL BACON, ANDREA KERNKAMP, JOE HOWARTH, BRENNAN COOKE, TIM WHEELER, TOM HARVEY, JOEL BROSE, TANNER TOWNSEND, CURTIS SMITH, ISAIAH DEAN, NICHOLAS HOLMES, MATTHEW NORTON, JHAR FULLER, STEVEN HOWIE, JEFFREY BAXTER, ARIC PISA, DUANE WILCOX, DAVID HEIZER, JAMES BILLMAN, MARLIN THORMAN, JASON WEBSTER, TIMOTHY ARCHER, COREY BARKER, SCOTT MCCANN, and CONNOR FOXWORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>NADINE WOODWARD, the Mayor of the City of Spokane, Fire Chief BRIAN SCHAEFFER, and THE CITY OF SPOKANE,<br><br>Defendants. | CASE NO. 2:21-cv-00296-TOR<br><br>DECLARATION OF BRIAN SCHAEFFER |

DECLARATION OF BRIAN SCHAEFFER
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

I, BRIAN SCHAEFFER, hereby declare as follows:

1. I am the Fire Chief for the City of Spokane Fire Department. I am at least 18 years of age and am competent to testify as to the following based upon personal knowledge. I have been a fire fighter for 32 years and have worked for the City since 2005.

2. Proclamation 21-14, issued by Governor Inslee on August 9, 2021, prohibits health care, education, and Washington State agency workers from "engaging in work" after October 18 if not "fully vaccinated against COVID-19." I refer to this as the Vaccine Proclamation. Attached hereto as Exhibit 1 is a true and correct copy of the Vaccine Proclamation dated August 9, 2021.

3. The Vaccine Proclamation imposed a new workplace requirement for many, including the City's Emergency Medical Technicians (EMT) and Paramedics. All EMTs and Paramedics are charged with protecting the life and safety of Spokane residents, who are often the most vulnerable and sick. All the different operational roles in the Fire Department (*e.g.*, Dispatchers, Firefighters, Paramedics, Fire Equipment Operators, Lieutenants, Captains, Battalion Chiefs) have EMT or Paramedic licenses.

4. As our department has been dealing with COVID and the Vaccine Proclamation, I have worked closely with and been advised by lawyers to ensure that the department is following the law.

DECLARATION OF BRIAN SCHAEFFER - 1
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

5.      On August 20, 2021, I sent an email to all personnel of the Spokane Fire Department informing them about the Vaccine Proclamation. Attached hereto as Exhibit 2 is a true and correct copy of the email dated August 20, 2021. In that email, I explained to everyone among other things:

- the schedule by when EMTs need to get vaccinated to meet Governor's mandate;
- that they could request an exemption accommodation under state and federal law based on sincerely held religious belief or disability that prevents them from complying with workplace requirement and attached forms for them to do that;
- the intent to bargain the impacts of the mandate;
- the process for exemptions, and that if exempt, the City would consider reasonable accommodations based on many factors;
- the indication that any exemption requests must be submitted by September 3; and
- "For a religious exemption, the employer must provide a reasonable accommodation unless doing so would cause more than a minimal hardship to the employer or other employees. For a disability accommodation, the threshold is different. The employer must

DECLARATION OF BRIAN SCHAEFFER - 2
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

1 | provide a reasonable accommodation that does not impose an undue
2 | burden or threat to the safety of the employee and others. We will
3 | engage in the accommodation dialogue under this framework and
4 | thoroughly evaluate accommodations."

6. On September 27, 2021, Governor Inslee issued an amendment to Proclamation 21-14. Attached hereto as Exhibit 3 is a true and correct copy of the amendment to the Vaccine Proclamation dated September 27, 2021. The amendment indicated that health care setting operators must follow the accommodations processes required by law and are prohibited from providing accommodations that they know are based on false, misleading, or dishonest grounds or information; or based on personal preference. It also said that agencies are likewise prohibited from providing accommodations without "conducting an individualized assessment and determination of each individual's need and justification for an accommodation, *i.e.*, 'rubberstamping' accommodation requests."

7. After considering a variety of factors, the City concluded that due to transmissibility of the Delta variant and high infections in the community, the City was not able to assume the cost and risk of having unvaccinated EMTs and Paramedics continue in their current positions and compromise the safety of the

DECLARATION OF BRIAN SCHAEFFER - 3
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

workplace and community members. See Declarations of Meghann Steinolfson, Jay Atwood and Tom Williams.

8. The City's position was communicated on September 23 and on October 1 to the department. Attached hereto as Exhibit 4 is a true and correct copy of the letter sent to the Spokane Fire Department dated September 23, 2021. Attached hereto as Exhibit 5 is a true and correct copy of the letter sent to the Spokane Fire Department dated October 1, 2021.

9. In my September 23, 2021 letter, I outlined the different options for EMTs and Paramedics choosing not to get vaccinated:

- Apply for another job within City for which the Vaccine Proclamation does not apply. The City committed to make a good-faith effort to find the exempt EMTs and Paramedics choosing not to get vaccinated a position through reassignment.

- Essential function layoff.

- Paid leave for those who intend to become fully vaccinated.

- Leave of absence without pay for up to 90 days.

- Resignation.

- Retirement.

- Separation.

DECLARATION OF BRIAN SCHAEFFER - 4
CASE NO. 2:21-cv-00296-TOR

1  We are offering paid leave through November 30 in case people want to change

2  their mind and get vaccinated. We are offering leave without pay so they can

3  maintain employment and avoid a termination. We are offering a layoff so they can

4  cash out their leave banks and have recall rights to come back and retain their

5  seniority. It is only if the employee rejects these accommodations, chooses not to

6  be vaccinated, and chooses resignation, retirement, or does not make a decision

7  that he/she is separated.

      10.    We then offered *Loudermill* hearings (notice and an opportunity to be heardd). Those occurred on October 11-12 and the decisions on each of those was issued on October 15. The *Loudermill* provided the members an opportunity to provide any additional information the member, their Local 29 representative and attorney wanted to be considered before making a final decision regarding the accommodation dialogue and potential separation for those who had not selected one of the offered accommodations.

      11.    Plaintiffs complain that that unvaccinated Firefighters or EMTs from other departments or AMR will be providing service within the City. The City of Spokane is not the employer of those unvaccinated Firefighters and EMTs. We do not have control over the terms and conditions of their employment. However, we have made it very clear that all reasonable efforts must be made to ensure only

DECLARATION OF BRIAN SCHAEFFER - 5
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

1 vaccinated Firefighters and EMTs employed by other entities are providing service

2 within the City.

3     12.    The Fire Department has sent letters/emails to its surrounding

4 jurisdictions covered by the automatic aid agreements stating they are not allowed

5 to send unvaccinated EMS personnel into the City's jurisdiction. Attached hereto

6 as Exhibit 6 is a true and correct copy of the letter sent to Spokane Fire District 8

7 Chief Rash dated October 12, 2021. Attached hereto as Exhibit 7 is a true and

8 correct copy of the letter sent to Spokane Fire District 9 Chief Cates dated

9 October 12, 2021. Attached hereto as Exhibit 8 is a true and correct copy of the

10 letter sent to Spokane Valley Fire Chief Collins dated October 12, 2021. Some of

11 the neighboring jurisdictions have signed sworn Contractor Certifications stating

12 that they will use reasonable efforts to send only vaccinated

13 Firefighters/Paramedics to the City for any EMS call. For example, see attached as

14 Exhibit 9 a true and correct copy of the sworn Contractor Certification

15 (Proclamation 21-14 – COVID-19 Vaccination Certification) from Spokane Fire

16 District 3 dated October 22, 2021. District 9 agreed to assign its unvaccinated

17 members to Station 99 effective November 1, 2021 to mitigate the impact to the

18 City as Station 99 has the fewest calls to the City.

19     13.    The City of Spokane has three priorities in conducting its analysis

20 regarding all EMTs and Paramedics (including American Medical Response, Inc.

DECLARATION OF BRIAN SCHAEFFER - 6
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

1 (AMR) under the sole source contract): Patient Safety, Employee Safety, and

2 Fiduciary Stewardship. These priorities require the City to find a path to requiring

3 AMR's compliance with the Vaccine Mandate.

4     14. The City of Spokane under the sole source contract currently requires

5 AMR EMTs and Paramedics to have specific training, certification, equipment,

6 and clinical performance. The requirements are audited regularly, and I am

7 responsible for contract compliance. A vaccine requirement is no different.

8     15. My understanding is that AMR's operations in other jurisdictions

9 (such as Seattle) intend to comply with the Vaccine Proclamation. AMR

10 operations in Spokane are maintaining unvaccinated EMTs in their positions

11 because their other customers and hospitals (other than City of Spokane) were not

12 requiring vaccinations for employees requesting an exemption.

13     16. On October 11, 2021, I sent a letter to AMR requiring its compliance

14 with the Vaccine Proclamation. Attached hereto as Exhibit 10 is a true and correct

15 copy of the letter sent to AMR dated October 11, 2021. Attached hereto as Exhibit

16 11 is a true and correct copy of the October 15, 2021 sworn certification from

17 AMR.

18     17. After further discussions with AMR and counsel, AMR's sworn

19 certification was revised to include the following language to minimize that risk:

20

DECLARATION OF BRIAN SCHAEFFER - 7
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

Notwithstanding the foregoing, the undersigned, on behalf of the Contractor commits to use reasonable efforts to not respond with unvaccinated individuals to EMS calls for service in the City of Spokane. When clinically appropriate, the Contractor shall put the interests of the patient first, e.g., if an unvaccinated crew with an approved accommodation is closer to a cardiac arrest or other time critical call, that unvaccinated crew will respond.

Attached hereto as Exhibit 12 is a true and correct copy of the October 22, 2021 revised sworn certification from AMR.

18. On October 19, I sent an email to the Spokane Fire Department, a true and correct copy of which is attached hereto as Exhibit 12.

19. In Washington State there are roughly 400 fire departments.

I declare under penalty of perjury under all applicable law that, to the best of my knowledge, information and belief, the foregoing is true and correct.

EXECUTED this __1st__ day of November, 2021, at Spokane, Washington.

*Brian P. Schaeffer*
Brian Schaeffer

DECLARATION OF BRIAN SCHAEFFER - 8
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan J. Arnold
R. Bruce Johnston
Arnold & Jacobowitz, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121
*nathan@CAJlawyers.com*
*bruce@CAJlawyers.com*

***Attorneys for Plaintiffs***

Andrew Hughes
Spencer W. Coates
Brian H. Rowe
Assistant Attorney General
Washington State Office
    of the Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104
*andrew.hughes@atg.wa.gov*
*spencer.coates@atg.wa.gov*
*brian.rowe@atg.wa.gov*

Zachary Pekelis Jones
Pacifica Law Group
1191 2nd Ave., Ste. 2000
Seattle, WA 98101
*zach.pekelis.jones@pacificalawgroup.com*

***Attorneys for Intervenor-Defendants Jay Inslee and Robert W. Ferguson***

DECLARATION OF BRIAN SCHAEFFER - 9
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001

1     DATED this 3rd day of November, 2021.

2                                    *s/ Denise Brandenstein*

                                       Denise Brandenstein

DECLARATION OF BRIAN SCHAEFFER - 10
CASE NO. 2:21-cv-00296-TOR

SUMMIT LAW GROUP, PLLC
1030 N. CENTER PARKWAY, SUITE 308
KENNEWICK, WASHINGTON 99336
Telephone: (509) 735-5053
Fax: (206) 676-7001