Nathan J. Arnold, WSBA No. 45356
R. Bruce Johnston, WSBA No. 4646
Arnold & Jacobowitz, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121
(206) 799-4221, Fax (206) 866-3234
nathan@CAJlawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firefighters MICHAEL BACON, ANDREA KERNKAMP JOE HOWARTH, BRENNAN COOKE, TIM WHEELER, TOM HARVEY, JOEL BROSE, TANNER TOWNSEND, DANNY BETZ, CURTIS SMITH, ISAIAH SMITH, NICHOLAS HOLMES, MATTHEW NORTON, JHAR FULLER, STEVEN HOWIE, JEFFREY BAXTER, ARIC PISA, DUANE WILCOX, DAVID HEIZER, JAMES BILLMAN, MARLIN THORMAN, JASON WEBSTER, TIMOTHY ARCHER, COREY BARKER and CONNOR FOXWORTH<br>       Plaintiffs,<br>v.<br><br>NADINE WOODWARD, the Mayor of the City of Spokane, Fire Chief BRIAN SCHAEFFER, the CITY OF SPOKANE.<br>       Defendants. | CASE NO. 2:21-cv-00296-TOR<br><br>DECLARATION OF TIMOTHY ARCHER |

DECLARATION OF
TIMOTHY ARCHER - 1

Timothy Archer declares under penalty of perjury.

1. I am an adult citizen of the State of Washington, competent to testify and hereby testify of my own personal belief and knowledge, making this follow-up declaration to point out inaccurate statements made specifically about me and falsehoods in the Steinolfson Declaration.

2. At Page 4, Line 6-9: I was not wearing a mask during "*Loudermill*" - I was off duty at the union hall, 6 feet from others.

3. At Page 5, Line 11: "COVID IMT – Overtime for the team assembled to support COVID response in 2020. $126,714.94." Ms. Steinolfson is, or should be aware, that the Incident Management Team was established at onset of Pandemic to mitigate for Spokane with nothing known about COVID. This has nothing to do with accommodation costs, it was the respond of a Fire Dept. dealing with the early stages of the pandemic long before vaccination was an option or issue.

4. 3. Page 5, Line 12: "COVID IMT Backfill – overtime paid to employees who covered vacancies created by the IMT in 2020. $71,887.44*" This was also early in the pandemic and was the backfill for the Firefighters staffing the IMT.

5. 4. Page 5, Line 13: "COVID AA – Payroll code for people put off on quarantine in 2020 (20,663 hrs.). $1,316,853*" This number is inflated by

DECLARATION OF
TIMOTHY ARCHER - 2

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

quaranting asymptomatic firefighters based only on exposure, which is no longer in practice.

6. 5. Page 5, Line15: "COVID OT – Payroll code generally used for any overtime supporting COVID related work outside once the IMT stood down (ex: shot clinics, PPE delivery, POC COVID hotline, etc.) in 2020 (2,304.25 hrs.) $156,066.85*" This is the Pandemic slush fund of sorts to capture other and hopefully recoverable costs, the only portion applicable might be additional PPE related to accommodations, not all COVID PPE.

7. 6. Page 6, Line 2: "COVID AA - Payroll code for people off on quarantine in 2021 (3,063.5 hrs.) $207,490.86*" Same as above.

8. 7. Page 6, Line 4: COVID OT – Payroll code generally used for any overtime supporting COVID related work outside once the IMT stood down (ex: shot clinics, PPE delivery, POC COVID hotline, etc.) in 2021 (7,944.5 hrs.) $538,080.98* Same as above.

9. The Department is knowingly exaggerating and/or misinterpreting data to mislead this court.

10. I am the recent Union President; I stepped down on the nineteenth.

11. Dispatcher positions sit in cubicles twelve to fifteen feet apart, these positions do not interact with the public in person, no one else in that facility is subject

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

to the Mayor's mandate, there are multiple vacant positions that could accommodate some of the Firefighters in this lawsuit.

12. Battalion Chiefs, too, do not require any accommodations because of virtually no public interactions.

13. The same is true for the fire prevention division, which can do its job without public interaction, and another place where these firefighters can be accommodated.

EXECUTED this 4th day of November 2021 at Spokane, WA

_____
Timothy Archer

DECLARATION OF
TIMOTHY ARCHER - 4

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Washington by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 4th day of November 2021.

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356

DECLARATION OF
TIMOTHY ARCHER - 5

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)