# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BACON, et al.,<br>        Plaintiffs,<br>v.<br><br>NADINE WOODWARD, et al.,<br>        Defendant.<br><br>v.<br><br>JAY INSLEE, et al.,<br>        Intervenor-Defendants, | Case No. 2:21-CV-0296-TOR<br><br>CIVIL MINUTES<br><br>DATE: 1/27/2022<br><br>LOCATION: Telephonic<br><br>SCHEDULING CONFERENCE |

## JUDGE THOMAS O. RICE

| Bridgette Fortenberry | N/A | N/A | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Nathan J. Arnold<br><br>**Plaintiff's Counsel** | | J. Chad Mitchell / Elizabeth Kennar f*or Defendants Woodward, et al.*<br><br>Brian H. Rowe / Cristian Sepe / Andrew Hughs *for Intervenor-Defendants*<br>**Defense Counsel** | |

[ ] Open Court      [ ] Chambers      [ X ] Telephonic

Parties present by telephone. The Court has reviewed the file and the Joint Status Report.

The Court set the following dates/deadlines:

Initial disclosures to be exchanged forthwith if not already accomplished.
Amend pleadings/add parties: 3/2/2022
Jury Trial: 10/2/2023 in Spokane.


The Court advised counsel that he is available for informal discovery dispute conferences, if needed, and that all Judges in this district are available to assist with mediation upon request. Call chambers for a referral if appropriate.

The Court addressed extending requests for production, requests for admission, and interrogatories by stipulation.

The Court will enter a detailed written scheduling order.

| CONVENED: 8:24 AM | ADJOURNED: 8:30 AM | TIME: 6 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|