# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MICHAEL BACON, et al., <br> *Plaintiff* <br> v. <br> NADINE WOODWARD, et al., Defendants <br><br> JAY INSLEE, et al., Intervenor-Defendants <br> *Defendant* | Civil Action No.  2:21-CV-0296-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Judgment on the Pleadings (ECF Nos. 70, 71) is GRANTED.  The federal claims asserted against Defendants Nadine Woodward, Briand Schaeffer, and City of Spokane, and Intervenor-Defendants Governor Jay Inslee and Attorney General Robert Ferguson, are DISMISSED with prejudice.

Any remaining state law claims are DISMISSED without prejudice

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Defendants' Motions for Judgment on the Pleadings (ECF Nos. 70, 71).

Date: June 30, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry