HON. THOMAS O. RICE

ARNOLD JACOBOWITZ & ALVARADO
Nathan J. Arnold, WSBA No. 45356
720 Seneca Street, Ste. 107, No. 393
Seattle, WA 98101
(206) 799-4221
Nathan@ajalawyers.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MICHAEL BACON, et al., | **CASE NO. 2:21-cv-00296-TOR** |
| Plaintiffs, | PLAINTIFFS' MOTION TO REFER CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| v. | |
| NADINE WOODWARD, et al., | Without Oral Argument |
| Defendants. | |

## I.    INTRODUCTION

Plaintiffs respectfully move for an order referring this matter to a United States Magistrate Judge for a judicial settlement conference.

Plaintiffs submit that this case now in a posture where a settlement conference is likely to be productive. Following the Court's recent rulings, the issues for trial have been substantially narrowed. With the claims and defenses

now more clearly defined, the parties would benefit from the assistance of a neutral judicial officer in evaluating the remaining issues, assessing litigation risks, and exploring resolution before incurring the additional expense of trial preparation. Plaintiffs counsel has raised their proposal for a Magistrate Judge facilitated Settlement Conference in writing and at multiple video/teleconferences with counsel for Defendants since the Court's most recent ruling, but have been unable to obtain a commitment to the same.

The Eastern District of Washington's Local Civil Rules expressly authorize the presiding judge, in selected cases, to refer matters for mediation to a magistrate judge or other judicial officer designated by the Court. LCR 16(a)(5)(C). For those reasons, Plaintiffs request that the Court refer this matter to a magistrate judge for a settlement conference at the Court's earliest convenience.

## II.    FACTUAL AND PROCEDURAL BACKGROUND

This action arises from Plaintiffs' claims concerning Defendants' implementation of Washington's COVID-19 vaccination mandate as applied to City of Spokane firefighters.

The case has already proceeded through substantial motion practice and appellate review. This Court previously granted Defendants' motion for judgment on the pleadings, dismissing Plaintiffs' federal claims with prejudice and state-law

PLAINTIFFS' MOTION TO REFER CASE TO
MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE - 2

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101
(206) 799-4221

claims without prejudice. ECF No. 188 at 5. On appeal, the Ninth Circuit affirmed in part but vacated the judgment as to Plaintiffs' as-applied Free Exercise claim and state-law claims. *Id*. The case then returned to this Court for further proceedings on the remaining claims.

Most recently, on May 15, 2026, the Court entered its Order on Plaintiffs' Motion for Partial Summary Judgment. ECF No. 188. Although the Court denied Plaintiffs' motion, the order substantially clarified and narrowed the issues remaining for trial. The Court held that Defendants' implementation of the vaccine mandate was not generally applicable as applied to Plaintiffs because the City denied accommodations to its own unvaccinated religiously exempt firefighters while allowing unvaccinated, accommodated firefighters from neighboring districts to perform the same or similar emergency medical duties within the City. *Id*. at 9-12. The Court further held that strict scrutiny applies because the policy was not generally applicable. *Id*. at 14. The Court also concluded that the policy was underinclusive, was not narrowly tailored, and that Defendants had not established that the least restrictive means were considered and employed. *Id*. at 15-18.

At the same time, the Court denied summary judgment because factual issues remain regarding whether Plaintiffs' asserted beliefs were sincerely held and

PLAINTIFFS' MOTION TO REFER CASE TO
MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE - 3

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
720 Seneca Street, Suite 107, No. 393
Seattle, WA 98101
(206) 799-4221

religious in nature. *Id*. at 19-22. The Court also noted that qualified immunity remains unavailable to the City, while the individual defendants' qualified-immunity defense depends at least in part on unresolved factual issues. *Id*. at 18-19. Thus, while the case has not been resolved on summary judgment, the Court's order has significantly clarified the legal framework and narrowed the factual issues remaining for trial. Given the Court's recent narrowing of the issues, the parties are now well positioned to engage in a productive judicial settlement conference before incurring additional litigation and trial-preparation expenses.

### III.   LEGAL STANDARD

Federal Rule of Civil Procedure 16 authorizes district courts to use pretrial conferences and case-management tools to facilitate settlement. FRCP 16(a)(5), (c)(2)(I). Consistent with that authority, the Eastern District of Washington's Local Civil Rules require civil parties to consider alternative dispute resolution and encourage good-faith settlement efforts. LCR 16(a)(5)(B). The Local Rules further provide that, "[i]n selected cases, the presiding judge may refer matters for mediation to a magistrate judge, a district judge, or a bankruptcy judge designated by the Court." LCR 16(a)(5)(C). Under the Local Rules, mediation may include evaluation of the case or recommendations concerning settlement, while the decision whether to settle remains within the parties' control. LCR 16(a)(5)(C).

PLAINTIFFS' MOTION TO REFER CASE TO
MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE - 4

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101
(206) 799-4221

EDWA General Order No. 2025-18 likewise confirms that magistrate judges, district judges, and bankruptcy judges of the Eastern District of Washington are designated as possible judicial neutrals and are authorized to act as settlement judges through judge-hosted settlement conferences.

## IV.    ARGUMENT

A referral for a judicial settlement conference is appropriate at this stage. The Court's recent rulings have narrowed the case and clarified the issues remaining for trial. That development materially changes settlement posture. The parties can now evaluate the case based on the claims, defenses, and remedies that remain, rather than negotiation against a broader and less certain pretrial landscape.

Additionally, a settlement conference would promote an efficient resolution of this action. Trial preparation will require significant additional time and expense by the parties and the Court. A judicial settlement conference may narrow or resolve the remaining disputes, avoid unnecessary expenditure of resources, and further the just, speedy, and inexpensive determination of this action.

Finally, a magistrate judge's involvement would likely assist the parties in realistically assessing the remaining claims and litigation risks. The remaining issues are now sufficiently defined for meaningful settlement discussions, and the participation of a neutral judicial officer may help bridge the parties' positions.

PLAINTIFFS' MOTION TO REFER CASE TO
MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE - 5

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101
(206) 799-4221

For these reasons, Plaintiffs respectfully request that the Court refer this matter to a magistrate judge for a settlement conference.

## V.    CONCLUSION

Plaintiffs respectfully request that the Court enter an order referring this case to a United States Magistrate Judge for a judicial settlement conference at the Court's earliest convenience.

DATED this 2d day of June 2026.

ARNOLD JACOBOWITZ & ALVARADO PLLC


*s/ Nathan J. Arnold*
NATHAN J. ARNOLD, WSBA No. 45356
*Attorney for Plaintiffs*
R. BRUCE JOHNSTON, WSBA NO. 4646
*Of Counsel to Attorney for Plaintiffs*
720 Seneca Street, Suite 107, No. 393
Seattle, WA 98101
(206) 799-4221
Nathan@ajalawyers.com
Bruce@rbrucejohnston.com

PLAINTIFFS' MOTION TO REFER CASE TO
MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE - 6

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
720 Seneca Street, Suite 107, No. 393
Seattle, WA  98101
(206) 799-4221