FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BACON, Firefighter; *et al.*,<br>Plaintiffs,<br>v.<br>NADINE WOODWARD, Mayor of the City of Spokane; *et al.*,<br>Defendants. | No. 2:21-CV-00296-SAB<br><br>**ORDER STAYING CASE; STRIKING SCHEDULING ORDER** |

In light of the above-captioned matter's recent transfer to this Court and the seventeen pending motions, the Court finds it appropriate to stay the case and strike the operative Scheduling Order until the pending motions are addressed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **STAYED** pending further order of the Court.

2. The Amended Jury Trial Scheduling Order, ECF No. 130, is **STRICKEN**. The Court will rule on the pending motions in due course and will set a new scheduling order after the pending motions are addressed.

3. The pretrial conference set for February 24, 2027, is **STRICKEN**.

//

//

4. The jury trial and final pretrial conference set for March 8, 2027, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 4th day of November 2026.

Stan Bastian
Chief United States District Judge